AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

MAY 6 2025 AM 11:37
FILED - USDC - FLMD - TPA

| | | |
|---|---|---|
| Flint Edwards and Carlyne Desir | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) Civil Action No. 8:25-cv-1142-KKM-AAS | |
| BMO HARRIS BANK N.A | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
BMO HARRIS BANK N.A
C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

FLINT EDWARDS AND CARLYNE DESIR
12935 Willow Gove Drive
Riverview FL 33579
Email cscaselitigation@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 5/6/2025

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

KATRINA ELLIOTT